IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 4:08cr35-SPM

CELSO GUERRA,

_____/

## GOVERNMENT'S MOTION TO SEAL

The United States of America, through its undersigned Assistant United States Attorney does hereby requests that this Court issue an Order sealing the Indictment and further that the present motion as well any filings or proceedings not be entered on the docket of this case until a date ordered by the Court. In support of this motion states as follows:

1. Defendant Celso GUERRA, Custodio GUERRA, and Ignacio AVIANEDA-AGUIRRE were previously Indicted by the grand jury for the northern District of Florida in Case Number 4:08cr29-SPM on June 2, 2008, and at that time, the government sought to continue the Motion to Seal previously sought in the Complaint which had been executed in the case, which was granted by the Court.

2. The defendant, as well as others Indicted and others unnamed are targets of an ongoing multi-agency methamphetamine trafficking investigation, which has been ongoing since at least 2005. The investigation continues, and is believed that additional targets may as yet be indicted as a result of this investigation.

3. The United States therefore respectfully requests that this Court grant the Government's Motion to Order sealing the Indictment, and further requests that the present

motion as well any filings or proceedings not be entered on the docket of this case until ordered by the Court.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this motion to seal be granted.

> Respectfully submitted,
>
> THOMAS F. KIRWIN
> ACTING UNITED STATES ATTORNEY
>
> _/s/_
>
> ERIC K. MOUNTIN
> Assistant U.S. Attorney
> Texas Bar No. 00784649
> 111 North Adams Street, 4th Floor
> Tallahassee, Florida 32301
> (850) 216-3819

## ORDER

The government's motion is hereby granted.

DONE AND ORDERED this the 5th day of August 2008.

_/s/_
WILLIAM C. SHERRILL, Jr.
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 AUG -5  PM 4: 28

FILED

2